1   ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
2   MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
3   San Francisco, CA  94104
    Telephone:  (415) 392-5431
4
    Attorneys for Plaintiff
5

6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11

12  BOARD OF TRUSTEE OF THE NORTHERN     )    NO.  C 07 5232 MEJ
    CALIFORNIA FLOOR COVERING, et al,    )
13                                       )    EX PARTE APPLICATION FOR
                         Plaintiff,      )    ORDER TO CONTINUE CASE
14                                       )    MANAGEMENT CONFERENCE
              vs.                        )
15                                       )
    CONTEMPORARY FLOOR INC., etc.        )
16                                       )
                                         )
17                                       )
                         Defendant.      )
18  _____  )

19          Plaintiff, BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA

20  FLOOR COVERING INDUSTRY WELFARE FUND; STEVE HAVENS, TRUSTEE, hereby

21  applies ex parte for an order to continue the Case Management

22  Conference from January 17, 2008 to March 20, 2008.

23       This ex parte application is based upon the Declaration of

24  Attorney Michael J. Carroll filed herewith.

25          Dated:  January 7, 2008

26                              Respectfully submitted,
                                ERSKINE & TULLEY
27
                                By:/s/ Michael J. Carroll
28                                 Michael J. Carroll
                                   Attorneys for Plaintiff

    EX PARTE APPLCTN FOR ORDER TO CONTINUE CASE MGMT CONFERENCE     1