ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND; STEVE HAVENS, TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>CONTEMPORARY FLOOR INC., etc.<br><br>Defendant. | NO. C 07 5232 MEJ<br><br>DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

I, MICHAEL J. CARROLL, certify:

1. I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiff, BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND; STEVE HAVENS, TRUSTEE, in this action. I am duly admitted to practice law in the United States District Court, Northern District of California. If called as a witness, I could and would competently testify as follows:

2. A Notice of Acknowledgment of Receipt of Summons and Complaint has been completed by the attorney for the defendant in this

1 | case. No responsive pleading was filed.

2 |     3. Discussions are in progress with defendants' attorney and we are requesting that the Court continue the Case Management Conference some sixty days hence so that settlement discussions can continue and probably settle the case without further court proceedings.

    4. If this matter does not settle, plaintiff will make demand that defendant file an answer.

    5. Good cause exists to grant plaintiff's request for a continuance of the Case Management Conference currently set for January 17, 2008 to March 20, 2008 to allow the parties time to settle and avoid any unnecessary burden to the Court.

DATED: January 7, 2007        Respectfully submitted,

                                  ERSKINE & TULLEY
                                  A PROFESSIONAL CORPORATION

                                  By: _____
                                      Michael J. Carroll
                                      Attorneys for Plaintiff

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On January 7, 2008 I served the within PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, CA, addressed as follows:

Brain Siebel
Siebel & Finta & Edwards, L.L.P.
1850 Mt. Diablo Blvd. Ste#650
Walnut Creek, CA 94596

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on January 7, 2008 at San Francisco, CA.

*[signature]*
Sharon Eastman