ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING, et al., | ) ) ) | NO.  C 07 5232 MEJ |
| Plaintiffs, | ) ) | ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | ) ) ) | |
| CONTEMPORARY FLOOR INC., etc. | ) ) ) | |
| Defendant. | ) ) ) | |

        IT IS ORDERED that the Case Management Conference in this case set for January 17, 2008 be continued to March 20, 2008 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:_____          _____
                                  Honorable Maria-Elena James

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE