```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING, et al., | ) ) ) | NO. C 07 5232 MEJ |
| Plaintiffs, | ) ) | ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | ) ) ) | |
| CONTEMPORARY FLOOR INC., etc. | ) ) | |
| Defendant. | ) ) | |

   IT IS ORDERED that the Case Management Conference in this case set for January 17, 2008 be continued to March 20, 2008 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: January 8, 2008

_____
Honorable Maria-Elena James

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE