1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11

12 BOARD OF TRUSTEES OF THE NORTHEN    )    NO.  C 07 5232 MEJ
   CALIFORNIA FLOOR COVERING, et al.,  )
13                                      )    ORDER TO CONTINUE CASE
                                        )    MANAGEMENT CONFERENCE
14                  Plaintiffs,         )
                                        )
15          vs.                         )
                                        )
16 CONTEMPORARY FLOOR INC., etc.        )
                                        )
17 _____ )

18          IT IS ORDERED that the Case Management Conference in this

19 case set for March 20, 2008 be continued to April 17, 2008 at 10:00

20 p.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San

21 Francisco, CA.

22 Dated:_____          _____
                                     Honorable Maria-Elena James
23

24

25

26

27

28

   ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE