```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHEN CALIFORNIA FLOOR COVERING, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CONTEMPORARY FLOOR INC., etc. | NO.  C 07 5232 MEJ<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for March 20, 2008 be continued to April 17, 2008 at 10:00 p.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: March 17, 2008          _____
                                Honorable Maria-Elena James

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE