ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CONTEMPORARY FLOOR, INC., etc.<br><br>Defendants. | NO.  C 07 5232 MEJ<br><br>PLAINTIFFS CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE<br><br>CASE MANAGEMENT CONFERENCE<br>DATE: 4/17/08<br>TIME: 10:00 a.m. |

The Plaintiffs in the above-entitled action submit this Case Management Statement reporting on the status of this case as follows:

DESCRIPTION OF THE CASE

The parties have agreed to the terms and conditions for performance of the audit sought by the complaint in this ERISA case.

We request that the Case Management Conference be continued 90 days.  During that time the audit will take place.  We hope to be able to dismiss this lawsuit before the next hearing date.

PLAINTIFFS CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE 1

|   |   |
|---|---|
| 1 |  |
| 2 | DATED: April 10, 2008 |

Respectfully submitted.

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION

By: _____
  Michael J. Carroll
  Attorneys for Plaintiff

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On April 10, 2008 I served the within PLAINTIFFS CASE MANAGEMENT CONFERENCE STATEMENT on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Brian D. Seibel  
Seibel & Finta  
1850 Mt. Diablo Blvd. Suite 650  
Walnut Creek, CA 94596

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on April 10, 2008 at San Francisco, California.

Sharon Eastman