1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE NORTHERN   )      NO.  C 07 5232 MEJ
   CALIFORNIA FLOOR COVERING, et al.,  )
12                                     )      ORDER TO CONTINUE CASE
                        Plaintiffs,    )      MANAGEMENT CONFERENCE
13                                     )
               vs.                     )
14                                     )
                                       )
15 CONTEMPORARY FLOOR INC., etc.       )
                                       )
16                                     )
                        Defendant.     )
17 _____)

18          IT IS ORDERED that the Case Management Conference in this

19 case set for April 10, 2008 be continued to July 24, 2008 at 10:00

20 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San

21 Francisco, CA.

22 Dated:_____        _____
                                   Honorable Maria-Elena James
23

24

25

26

27

28

   ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE