```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING, et al., </br></br>Plaintiffs, </br></br>vs. </br></br>CONTEMPORARY FLOOR INC., etc. </br></br>Defendant. | NO.  C 07 5232 MEJ </br></br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for April 1~~0~~7, 2008 be continued to July 24, 2008 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: April 10, 2008

_____
Honorable Maria-Elena James

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE