```
MURIEL KAPLAN (St. Bar #124607)
SALTZMAN & JOHNSON
44 Montgomery Street, Suite 2110
San Francisco, CA  94104
Tel: (415) 882-7900
Fax: (415) 882-9287
Email mkaplan@sjlawcorp.com

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR, et al., <br><br> Plaintiffs, <br> vs. <br><br> CONTEMPORARY FLOOR INC. , et al <br><br> Defendant. | NO. C 07 5232 MEJ <br><br> <u>SUBSTITUTION OF ATTORNEY</u> |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORDS, please take notice that Plaintiffs BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND; STEVE HAVENS, TRUSTEE, hereby makes the following substitution of attorneys:

<u>Former Attorneys:</u>
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104

<u>SUBSTITUTION OF ATTORNEY</u>
1

1  should be removed and, consequently, should no longer receive notice
2  of e-Filings.
3  Plaintiffs' new co-counsel of record will be:
4  MURIEL KAPLAN, (St. Bar #124607)
   SALTZMAN & JOHNSON
5  44 Montgomery Street, Suite 2110
   San Francisco, CA 94104
6  Tel: (415) 882-7900
   Fax: (415) 882-9287
7  Email mkaplan@sjlawcorp.com
8  The following attorneys consent to this substitution:
9  Dated: June 4, 2008            ERSKINE & TULLEY
                                  A PROFESSIONAL CORPORATION
10
11                                _____
                                  MICHAEL J. CARROLL
12
                                  Former Attorneys for Plaintiffs
13                                Board of Trustees, et al.
14  Dated: 6/9/08                 SALTZMAN & JOHNSON
15
                                  _____
16                                MURIEL KAPLAN
17                                New Attorneys for Plaintiffs
                                  Board of Trustees, et al.
18
                                  Board of Trustees,
19                                Northern California Floor Covering
                                  Industry Welfare Fund
20
    6/9/08                        _____
21                                Steve Havens, Trustee
22
23
24
25
26
27
28

SUBSTITUTION OF ATTORNEY
2

PROOF OF SERVICE
Case No.: C07-5232 MEJ

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On June 12, 2008, I served the following document(s):

**SUBSTITUTION OF ATTORNEY**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Brian D. Seibel, Esq.**
> **Seibel & Finta**
> **1850 Mt. Diablo Blvd., Suite 650**
> **Walnut Creek, California 94596**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 12th day of June, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega