1 | BRIAN D. SEIBEL, ESQ., State Bar No. 62715
SEIBEL & FINTA
2 | 1850 Mt. Diablo Boulevard, Suite 650
Walnut Creek, California 94596
3 | Telephone: (925) 947-1600
Facsimile No. (925) 947-1990
4 |
5 | Attorneys for Defendant
Contemporary Floor, Inc.

FILED

JUN 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING, et al. | ) ) ) ) | Case No. C 07 5232 MEJ<br>**NOTICE OF UNAVAILABILITY OF BRIAN D. SEIBEL** |
|---|---|---|
| Petitioners, | ) ) | |
| vs. | ) ) | |
| CONTEMPORARY FLOOR, INC., etc. | ) ) | |
| Defendants | ) ) | |

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that commencing July 10, 2008 and continuing through July 23, 2008, Brian D. Seibel, attorney of record for Defendant Contemporary Floor, Inc. in the above-captioned matter, will be on vacation and unavailable for any purpose whatsoever, including but not limited to receiving notice of any kind, responding to ex parte applications, appearing in court or appearing at depositions.

1  NOTICE IS FURTHER GIVEN that purposely scheduling a proceeding that
2  conflicts with this notice, without good case, is sanctionable conduct. (Tenderloin
3  Housing Clinic v. Sparks, (1992) 8 Cal.App. 4th 299.)

                                              SEIBEL & FINTA

Dated: June 5, 2008                   By: _____
                                                Brian D. Seibel
                                                Attorneys for Defendant
                                                Contemporary Floor, Inc.

**PROOF OF SERVICE**

I hereby declare under penalty of perjury that I am a citizen of the United States and over the age of eighteen years, that I am not a party to the within action, and that my business address is 1850 Mt. Diablo Blvd., Suite 650, Walnut Creek, California 94596.

On June 5, 2008, I served the following documents:

**Notice of Unavailability of Brian D. Seibel**

on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

Michael Carroll
Erskine & Tulley
220 Montgomery Street, Suite 303
San Francisco, CA 94104

☐ (By Mail) I deposited such envelope in the mail at Walnut Creek, California. The envelope was mailed with postage thereon fully prepaid.

☒ (By Mail) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Walnut Creek, California, in the ordinary course of business.

☐ (By Certified Mail) I caused such envelope with postage thereon fully prepaid to be placed in the United States Certified Mail Return Receipt Requested at Walnut Creek, California.

☐ (By Overnight Delivery) As to the Court of Appeal I deposited such envelope in the United Parcel Service depository at Walnut Creek, California. The envelope was sent with delivery charges thereon fully prepaid.

☐ (By Personal Service) I hand delivered such envelope to the offices of the addressee(s) shown above.

☐ (By Facsimile) I caused each document to be delivered by electronic facsimile to the offices listed above.

☒ (State) I declare, under penalty of perjury, under the laws of the State of California that the above is true and correct.

Executed on June 5, 2008, at Walnut Creek, California.

*Kristine Laird*
KRISTINE LAIRD