1  Muriel B. Kaplan, Esq. (SBN 124607)
   Shaamini A. Babu, Esq. (SBN 230704)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287–Facsimile
   mkaplan@sjlawcorp.com
5  sbabu@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9                         UNITED STATES DISTRICT COURT

10                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CONTEMPORARY FLOOR, INC.,<br><br>Defendant. | Case No.: C07-5232 MEJ<br><br>**JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE**<br><br>Date:   July 24, 2008<br>Time:   2:30 p.m.<br>Ctrm:   B, 15th Floor<br>Judge:  The Honorable Maria-Elena James |
|---|---|

19      1.    This is an action brought to compel audit of the defendant's records, as authorized by its collective bargaining agreement and the Plaintiffs' Trust Agreement.

        2.    Defendant scheduled, then rescheduled the audit for July 15, 2008. Defendant has now provided most of the required documents to the auditors, who are in the process of reviewing them. Upon completing their review, Plaintiffs' auditors will issue their report and any amounts found due will be billed for payment.

        3.    There are no issues for the court to address at this time.

///

///

-1-
JOINT CASE MANAGEMENT CONFERENCE STATEMENT
Case No.: C07-5232 MEJ

P:\Clients\FLRCL\Contemprary Floor\Pleadings\Joint CMC Statement 072208.doc

4. The parties hereto therefore respectfully request that the Case Management Conference, currently set for July 24, 2008, be continued for 60 days to allow the auditors to issue their report and for the parties to attempt to resolve this matter between them.

Respectfully submitted,

Dated: July 22, 2008     SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/s/_____
Muriel B. Kaplan
Attorneys for Plaintiffs

Dated: July ___, 2008     SEIBEL & FINTA

By: _____
Brian D. Seibel
Attorneys for Defendant

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to September 25, 2008 at 10:00 a.m. All related deadlines are extended accordingly.

Date: July 23, 2008     _____
United States District Court Magistrate Judge

-2-
JOINT CASE MANAGEMENT CONFERENCE STATEMENT
Case No.: C07-5232 MEJ

P:\Clients\FLRCL\Contemprary Floor\Pleadings\Joint CMC Statement 072208.doc

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-
**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**
**Case No.: C07-5232 MEJ**

P:\Clients\FLRCL\Contemprary Floor\Pleadings\Joint CMC Statement 072208.doc