Muriel B. Kaplan, Esq. (SBN 124607)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CONTEMPORARY FLOOR, INC., <br><br> Defendant. | Case No.: C07-5232 MEJ <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> ORDER CLOSING FILE |
|---|---|

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND, et al., voluntarily dismiss, without prejudice, their claim against Defendant CONTEMPORARY FLOOR, INC.  Defendant has appeared in this action and filed an Answer, but has not moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendant.

It is therefore requested that this action be dismissed without prejudice, and that the Court shall retain jurisdiction over this matter, and that the Case Management Conference scheduled for June 18, 2009 at 10:00 a.m. be vacated.

/ / /

/ / /

-1-
**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C07-5232 MEJ**

P:\CLIENTS\FLRCL\Contemporary Floor, Inc\Pleadings\C07-5232 MEJ Notice of Voluntary Dismissal 060909.DOC

1  I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-
2  entitled action, and that the foregoing is true of my own knowledge.
3  Executed this 9th day of June, 2009, at San Francisco, California.
4
5  SALTZMAN & JOHNSON
   LAW CORPORATION
6
7
   By:_____/s/_____
8  Shaamini A. Babu
   Attorneys for Plaintiffs
9
10 IT IS SO ORDERED.
11  This case is dismissed without prejudice, and the Court shall retain jurisdiction over this
12 matter, and the Case Management Conference currently set for June 18, 2009 at 10:00 a.m. is
13 vacated.  The Clerk of Court shall close the file.
14
15 Date: June 9, 2009                        _____
16                                           THE HONORABLE MARIA-ELENA JAMES
17
18
19
20
21
22
23
24
25
26
27
28

-2-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C07-5232 MEJ

P:\CLIENTS\FLRCL\Contemporary Floor, Inc\Pleadings\C07-5232 MEJ Notice of Voluntary Dismissal 060909.DOC

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On June 9, 2009, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

on the interested parties in said action by First Class U.S. Mail by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Brian D. Seibel, Esq.**
> **Seibel & Finta**
> **1850 Mt. Diablo Blvd., Suite 650**
> **Walnut Creek, California 94596**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 9th day of June, 2009, at San Francisco, California.

_____/s/_____
Qui X. Lu

-1-
**PROOF OF SERVICE**
**Case No.: C07-5232 MEJ**

P:\CLIENTS\FLRCL\Contemporary Floor, Inc\Pleadings\C07-5232 MEJ Notice of Voluntary Dismissal 060909.DOC